PETITION TO REHEAR

MARTIAL v. SIZEMORE

No. 570A97

Case below: 349 N.C. 221

Petition by defendant to rehear pursuant to Rule 31 denied 3 December 1998.